

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2025

No. 04-25-00514-CR

**IN RE** Andre Lamon **LUARKS**

Original Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Relator has filed a petition for writ of mandamus seeking an order directing respondent to grant credit for time previously served. Relator's petition alleges that he filed a motion to enter an order nunc pro tunc on July 20, 2025 seeking fifteen (15) days of jail time credit. Relator has not furnished any evidence that said motion has been filed or presented to the respondent. The Texas Rules of Appellate Procedure mandate that relator provide an adequate record that includes a certified or sworn copy of every document that is material to their claim that was filed in the underlying proceeding. TEX. R. APP. P. 53.7. Having failed to provide any evidence in support of his claims, relator's petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on September 3, 2025.

_____
Adrian A. Spears, II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023CR3349, styled *State of Texas v. Andre Lamon Luark*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Miguel Najera presiding.